# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0634**
Juanderrius Keontae Riley v. State of Alabama (Appeal from Montgomery Circuit Court: CC-19-665.61)

## NOTICE

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk